## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Mag. No. 20-00102-B** |
| **v.** ) | |
| ) | |
| **Lenny Daniel GOMEZ-CASTELLON,** ) | |
| **Vladimir RIVAS-RIVAS, and** ) | |
| **Rudy Mena ANCHIA** ) | |

## MOTION FOR DETENTION

The United States moves for pretrial detention of all of the defendants, pursuant to Title 18, United States Code, Section 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because this case involved:

A. _____ Crime of Violence (18 U.S.C. § 3156);

B. _____ This is an offense for which the maximum sentence is life imprisonment or death;

C. __X__ This is a drug offense for which a maximum term of imprisonment of ten years or more is prescribed;

D. _____ The above-named defendant(s) has committed a felony after having been convicted of two or more prior offenses described in paragraphs A through C, or two or more state or local offenses that would have been offenses described in paragraphs A through C if a circumstance giving rise to Federal jurisdiction had existed;

E. _____ Any felony that is not otherwise a crime of violence that involves a minor victim or that involves the possession or use of a firearm or

destructive device (as those terms are defined in section 921), or any other dangerous weapon, or involves a failure to register under section 2250 of title 18, United States Code;

F. __X__ There is a serious risk that the above-named defendant will flee;

G. __X__ There is a serious risk that the above-named defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

2. <u>Reason for Detention</u>. The court should detain the defendants because there are no conditions or combination of conditions of release that will reasonably assure:

A. __X__ The defendants' appearance as required; and/or

B. __X__ The safety of any other person and/or the community.

3. <u>Rebuttable Presumption</u>. The United States **will** invoke the rebuttable presumption against the defendants pursuant to Title 18, United States Code, Section 3142(e). If yes, the rebuttable presumption arises because

A. __X__ There is probable cause to believe that the defendants committed a drug offense for which a maximum term of imprisonment of ten years or more is prescribed **or** <u>an offense under Title 18, United States Code, Section 924(c)</u>.

B. _____ The defendant has been convicted of a Federal offense as described in Title 18, United States Code, Section 3142(f)(1), or of a state or local offense that would have been an offense described in the above section if a circumstance giving rise to Federal jurisdiction had

existed; and

C. _____ The defendant committed the offense described in paragraph B above while on release pending trial for a Federal, State, or local offense; and

D. _____ A period of not more than five years has elapsed since the date of conviction for offense described in paragraph C above, or the release of the person from imprisonment, whichever is later.

E. _____ The defendant is alleged to have committed a crime concerning the exploitation of a child as referred to in Title 18, United States Code, Section 3142(e).

4. <u>Time for Detention Hearing</u>. The United States, by and through the undersigned Assistant United States Attorney, requests that this court conduct a detention hearing:

A. _____ At first appearance; or

B. _____ After a continuance of __3__ days (not to exceed three days).

Dated this 2nd day of December 2020.

Respectfully submitted,

RICHARD W. MOORE
UNITED STATES ATTORNEY
By:

*s/ George F. May*
GEORGE F. MAY (MAYG0534)
United States Attorney's Office
63 So. Royal Street, Suite 600
Mobile, Alabama 36602
Tel: (251) 441-5845
E-mail:George.May@usdoj.gov